IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THERESA S. RENTERIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV No. 14-914 MCA/SMV |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 25) to file her response to Plaintiff's Motion to Reverse and Remand (Doc. 24), the Court ORDERS that Defendant shall have until May 6, 2015, and Plaintiff shall have until May 21, 2015 to file her reply.

SIGNED  April 3,_____, 2015.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 4/2/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 4/2/15*
JUSTIN RAINES
Attorneys for Plaintiff