IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**THERESA S. RENTERIA,**

       **Plaintiff,**

v.                                     CIV NO. 14-914 MCA/SMV

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

       **Defendant.**

## ORDER FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon Defendant's Second Unopposed Motion for an Extension of Time, filed May 6, 2015, (Doc. 27). The Court, having read the motion and noting that Plaintiff concurs in the granting of the motion, and being fully advised in the premises, finds that there is good cause for granting the motion.

**IT IS THEREFORE ORDERED** that Defendant is granted through June 5, 2015, to file a Response to Plaintiff's Motion to Reverse or Remand.

**IT IS FURTHER ORDERED** that Plaintiff is granted through June 19, 2015, within which to file a Reply to Defendant's Response and Notice of Completion.

                                          _____
                                          STEPHAN M. VIDMAR
                                          UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 5/6/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 5/6/15*
JUSTIN RAINES
Attorneys for Plaintiff