IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THERESA S. RENTERIA,**

    **Plaintiff,**

v.                                                                             No. 14-cv-0914 MCA/SMV

**CAROLYN W. COLVIN,**
Acting Comm'r of SSA,

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 35] ("PF&RD"), issued on July 16, 2015. On reference by the Court, [Doc. 19], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision [Doc. 24] be granted and that the case be remanded for further proceedings. [Doc. 35]. Specifically, Judge Vidmar found that the Administrative Law Judge failed to give good reasons—supported by substantial evidence—for rejecting the opinion of treating physician Mary Martinez, M.D. *Id.* at 5–11. He found that remand was necessary for proper evaluation of Dr. Martinez's opinion. *Id.* No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 35] be **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision [Doc. 24] be **GRANTED**

**IT IS FURTHER ORDERED** that the Commissioner's final decision be **REVERSED**, and this case **REMANDED** for further proceedings in accordance with the PF&RD [Doc. 35].

**IT IS SO ORDERED.**

_____
**M. CHRISTINA ARMIJO**
**Chief United States District Judge**